**PRIMA TEK II, L.L.C., Plaintiff–Appellant,**

v.

**KLERK'S FLEXIBLE PACKAGING BV and Holland Pack BV, Defendants–Appellees.**

No. 06–1200.

United States Court of Appeals, Federal Circuit.

Oct. 10, 2006.

Before LINN, PROST, Circuit Judges and SARIS, District Judge.*

* Honorable Patti B. Saris, District Judge, United States District Court for the District Massachusetts, sitting by designation.

**462**

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.